UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RORY WATERMAN, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>KATHELEEN E. NOLAN, et al.,<br><br>      Defendants. | 23-CV-4903 (DEH)<br><br>**ORDER TO SHOW CAUSE** |

DALE E. HO, United States District Judge:

  The complaint in this case was dismissed without prejudice by the Court on June 22, 2023, *see* Dkt. No. 3, and the Court directed Plaintiff to file an amended complaint within thirty (30) days of the order.  On October 11, 2023, the Court extended Plaintiffs' deadline to file an amended complaint to November 10, 2023 (Dkt. No. 4).  But the amended complaint has not been filed.

  Accordingly, it is hereby ORDERED that the Plaintiffs communicate with the Court, in writing, as to why Plaintiffs have failed to file an amended complaint.  If the Court does not receive any communication from Plaintiffs by **December 29, 2023,** showing good cause why the amended complaint was not filed, the Court will dismiss the case without further notice.

  The Clerk is requested to mail a copy of this Order to the pro se plaintiffs and to note service on the docket of the Court.

  SO ORDERED.

Dated: November 14, 2023
    New York, New York

                            DALE E. HO
                        United States District Judge